# Income Detiail ffor Adolffo Lebe

Toy Box Boati & RV Stiorage, Inc., PO Box 648, Jolieti, MT 59041, 406-962-9885

From 01/01/2018 to 07/06/2023                                    Created: 07/06/2023, 2:47:41PM

| Datie | | Effective Datie | Name | Amounti | Assigned Unitis | Check # / Commentis | Appr |
|---|---|---|---|---|---|---|---|
| **Visa** | | | | | | | |
| 02/01/2019 | Fri | 02/01/2019 | Lebe, Adolfto | $140.00 | G026 | | |
| 10/07/2019 | Mon | 10/07/2019 | Lebe, Adolfto | $365.00 | G026 | | |
| 10/12/2019 | Sat | 10/12/2019 | Lebe, Adolfto | $115.00 | G026 | | |
| 02/18/2020 | Tue | 02/18/2020 | Lebe, Adolfto | $600.00 | G026 | | |
| 05/27/2020 | Wed | 05/27/2020 | Lebe, Adolfto | $490.00 | G026 | | |
| 08/22/2020 | Sat | 08/22/2020 | Lebe, Adolfto | $200.00 | G026 | | 009849 |
| 08/27/2020 | Thu | 08/27/2020 | Lebe, Adolfto | $415.00 | G026 | | 039182 |
| 10/08/2020 | Thu | 10/08/2020 | Lebe, Adolfto | $300.00 | G026 | | 003348 |
| 03/02/2021 | Tue | 03/02/2021 | Lebe, Adolfto | $395.00 | G026 | | 010016 |
| 01/12/2022 | Wed | 01/12/2022 | Lebe, Adolfto | $520.00 | G026 | | 036693 |
| 03/07/2022 | Mon | 03/07/2022 | Lebe, Adolfto | $366.00 | G026 | | 033236 |
| 04/24/2022 | Sun | 04/24/2022 | Lebe, Adolfto | $190.00 | G026 | | 026216 |
| 06/15/2022 | Wed | 06/15/2022 | Lebe, Adolfto | $380.00 | G026 | | 081028 |
| 09/22/2022 | Thu | 09/22/2022 | Lebe, Adolfto | $300.00 | G026 | | 072764 |
| 11/17/2022 | Thu | 11/17/2022 | Lebe, Adolfto | $200.00 | G026 | | 690386 |
| 04/21/2023 | Fri | 04/21/2023 | Lebe, Adolfto | $592.80 | G026 | | 783089 |
| 05/12/2023 | Tue | 05/02/2023 | Lebe, Adolfto | $197.60 | G026 | | |
| | | | | | | **Visa Subtiotial:** | **$5,766.40** |
| **Mastier Card** | | | | | | | |
| 04/01/2020 | Wed | 04/01/2020 | Lebe, Adolfto | $490.00 | G026 | | |
| 04/01/2020 | Wed | 04/01/2020 | Lebe, Adolfto | $10.00 | G026 | | |
| 08/27/2020 | Thu | 08/27/2020 | Lebe, Adolfto | $100.00 | G026 | | 24JFRR |
| 05/19/2021 | Wed | 05/19/2021 | Lebe, Adolfto | $300.00 | G026 | | 041118 |
| 08/16/2021 | Mon | 08/16/2021 | Lebe, Adolfto | $300.00 | G026 | | 458571 |
| 11/17/2022 | Thu | 11/17/2022 | Lebe, Adolfto | $300.00 | G026 | | BDKTLW |
| 01/20/2023 | Fri | 01/20/2023 | Lebe, Adolfto | $590.00 | G026 | | GYX1IL |
| | | | | | | **Mastier Card Subtiotial:** | **$2,090.00** |
| **Cash** | | | | | | | |
| 04/09/2019 | Tue | 04/09/2019 | Lebe, Adolfto | $110.00 | G026 | | |
| 12/08/2020 | Tue | 12/08/2020 | Lebe, Adolfto | $400.00 | G026 | | |
| 10/24/2021 | Sun | 10/24/2021 | Lebe, Adolfto | $600.00 | G026 | | |
| | | | | | | **Cash Subtiotial:** | **$1,110.00** |
| **Check** | | | | | | | |
| 08/07/2019 | Wed | 08/07/2019 | Lebe, Adolfto | $300.00 | G026 | 13 | |
| | | | | | | **Check Subtiotial:** | **$300.00** |
| **Totial** | | | | **$9,266.40** | | | |

© Syrasoft, LLC. /    CashDet.rpt                                         Page 1 oft 2

**EXHIBIT 2**

# Income Detiail ffor Adolffo Lebe

Toy Box Boati & RV Stiorage, Inc., PO Box 648, Jolieti, MT 59041, 406-962-9885

From 01/01/2018 to 07/06/2023                                              Created: 07/06/2023, 2:47:42PM

| Datie | Effective Datie | Name | Amounti | Assigned Unitis | Check # / Commentis | Appr |
|---|---|---|---|---|---|---|
| **Paymentis by Type** | | | | | | |
| Visa | | | $5,766.40 | | | |
| Mastier Card | | | $2,090.00 | | | |
| Cash | | | $1,110.00 | | | |
| Check | | | $300.00 | | | |
| | | | | | | |
| Totial ACH | | | $0.00 | | | |
| Totial Cash Checks | | | $1,410.00 | | | |
| Totial Crediti Cards | | | $7,856.40 | | | |
| **Total** | | | **$9,266.40** | | | |
| **Neti Change off Accountis** | | | | | | |
| Convenience Fee Credit card | | | $30.40 | | | |
| Late Charges | | | $80.00 | | | |
| Rent | | | $9,356.00 | | | |
| Rental Deposit | | | $20.00 | | | |
| Uncollected Rent | | | ($220.00) | | | |
| **Total** | | | **$9,266.40** | | | |

**EXHIBIT 2**