# EXHIBIT 2
# Toy Box Boat & RV Storage - Tenant History

**United States v. Adolfo Vargas Lepe**
**CR-23-79-BLG-SPW**

**Tenant History**

Created: 10/05/2023, 10:53:26AM

Toy Box Boat & RV Storage, Inc.,PO Box 648,,Joliet,MT,590·

---

**Adolfo Lebe**

PO Box
248,,Roberts,MT,5907

+1 (480) 749-3199,
+1 (406) 426-8936

---

| Trans. ID | Entry Date | Eff Date | From Date | To Date | Unit# | Charged | Paid | Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 20011 | 2/1/2019 | 2/1/2019 | 2/1/2019 | 2/1/2019 | F022 | $20.00 | | $20.00 | Deposits / Deposit |
| 20012 | 2/1/2019 | 2/1/2019 | 2/1/2019 | 2/28/2019 | F022 | $120.00 | | $140.00 | Rent / Rent |
| 20013 | 2/1/2019 | 2/1/2019 | 2/1/2019 | 2/1/2019 | | | $140.00 | | Visa |
| 20587 | 3/6/2019 | 3/1/2019 | 3/1/2019 | 3/31/2019 | F022 | $120.00 | | $120.00 | Rent / Rent |
| 20944 | 4/1/2019 | 4/1/2019 | 4/1/2019 | 4/30/2019 | F022 | $120.00 | | $240.00 | Rent / Rent |
| 20978 | 4/1/2019 | 4/1/2019 | 4/1/2019 | 4/1/2019 | F022 | $(20.00) | | $220.00 | Deposits |
| 20979 | 4/1/2019 | 4/1/2019 | 4/1/2019 | 4/1/2019 | F022 | $(220.00) | | | Other / Balance Write Off |
| 21157 | 4/9/2019 | 4/9/2019 | 4/9/2019 | 4/9/2019 | G026 | $20.00 | | $20.00 | Deposits / Deposit |
| 21158 | 4/9/2019 | 4/9/2019 | 4/9/2019 | 4/30/2019 | G026 | $85.00 | | $105.00 | Rent / Prorated Rent |
| 21159 | 4/9/2019 | 4/9/2019 | 4/9/2019 | 4/9/2019 | | | $110.00 | $(5.00) | Cash |
| 21491 | 5/7/2019 | 5/1/2019 | 5/1/2019 | 5/31/2019 | G026 | $115.00 | | $110.00 | Rent / Rent |
| 21930 | 6/2/2019 | 6/1/2019 | 6/1/2019 | 6/30/2019 | G026 | $115.00 | | $225.00 | Rent / Rent |
| 22357 | 7/2/2019 | 7/1/2019 | 7/1/2019 | 7/31/2019 | G026 | $115.00 | | $340.00 | Rent / Rent |
| 22786 | 8/6/2019 | 8/1/2019 | 8/1/2019 | 8/31/2019 | G026 | $115.00 | | $455.00 | Rent / Rent |
| 22876 | 8/7/2019 | 8/7/2019 | 8/7/2019 | 8/7/2019 | | | $300.00 | $155.00 | Check |
| 23217 | 9/5/2019 | 9/1/2019 | 9/1/2019 | 9/30/2019 | G026 | $115.00 | | $270.00 | Rent / Rent |
| 23357 | 9/16/2019 | 9/16/2019 | 9/16/2019 | 9/16/2019 | | | $270.00 | | Visa |
| 23663 | 10/5/2019 | 10/1/2019 | 10/1/2019 | 10/31/2019 | G026 | $115.00 | | $115.00 | Rent / Rent |
| 23671 | 10/7/2019 | 10/7/2019 | 10/7/2019 | 10/7/2019 | | | $365.00 | $(250.00) | Visa |
| 23688 | 10/9/2019 | 10/9/2019 | 10/9/2019 | 10/9/2019 | | | $(270.00) | $20.00 | Visa / Deletion of 23357. |
| 23689 | 10/9/2019 | 10/9/2019 | 10/9/2019 | 10/9/2019 | G026 | $95.00 | | $115.00 | Rent |
| 23797 | 10/12/2019 | 10/12/2019 | 10/12/2019 | 10/12/2019 | | | $115.00 | | Visa |
| 23813 | 10/12/2019 | 11/1/2019 | 11/1/2019 | 11/30/2019 | 0037 | $35.00 | | $35.00 | Rent / Rent |
| 23814 | 10/12/2019 | 11/1/2019 | 11/1/2019 | 11/30/2019 | B007 | $65.00 | | $100.00 | Rent / Rent |
| 23816 | 10/12/2019 | 10/12/2019 | 10/12/2019 | 10/12/2019 | B007 | $(65.00) | | $35.00 | Rent / Deletion of 23814. |
| 23817 | 10/12/2019 | 10/12/2019 | 10/12/2019 | 10/12/2019 | 0037 | $(35.00) | | | Rent / Deletion of 23813. |
| 24099 | 11/1/2019 | 11/1/2019 | 11/1/2019 | 11/30/2019 | G026 | $120.00 | | $120.00 | Rent / Rent |
| 24351 | 12/9/2019 | 12/1/2019 | 12/1/2019 | 12/31/2019 | 0037 | $35.00 | | $155.00 | Rent / Rent |

# Tenant History

Toy Box Boat & RV Storage, Inc.,PO Box 648,,Joliet,MT,590

**Adolfo Lebe**

PO Box
248,,Roberts,MT,5907

+1 (480) 749-3199,
+1 (406) 426-8936

| Trans. ID | Entry Date | Eff Date | From Date | To Date | Unit# | Charged | Paid | Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 24379 | 12/9/2019 | 12/1/2019 | 12/1/2019 | 12/31/2019 | B007 | $65.00 | | $220.00 | Rent / Rent |
| 24537 | 12/9/2019 | 12/1/2019 | 12/1/2019 | 12/31/2019 | G026 | $120.00 | | $340.00 | Rent / Rent |
| 24755 | 1/5/2020 | 1/1/2020 | 1/1/2020 | 1/31/2020 | 0037 | $35.00 | | $375.00 | Rent / Rent |
| 24783 | 1/5/2020 | 1/1/2020 | 1/1/2020 | 1/31/2020 | B007 | $65.00 | | $440.00 | Rent / Rent |
| 24940 | 1/5/2020 | 1/1/2020 | 1/1/2020 | 1/31/2020 | G026 | $150.00 | | $590.00 | Rent / Rent |
| 25163 | 2/3/2020 | 2/1/2020 | 2/1/2020 | 2/29/2020 | 0037 | $35.00 | | $625.00 | Rent / Rent |
| 25191 | 2/3/2020 | 2/1/2020 | 2/1/2020 | 2/29/2020 | B007 | $65.00 | | $690.00 | Rent / Rent |
| 25344 | 2/3/2020 | 2/1/2020 | 2/1/2020 | 2/29/2020 | G026 | $150.00 | | $840.00 | Rent / Rent |
| 25483 | 2/18/2020 | 2/18/2020 | 2/18/2020 | 2/18/2020 | | | $600.00 | $240.00 | Visa |
| 25544 | 3/1/2020 | 3/1/2020 | 3/1/2020 | 3/31/2020 | 0037 | $35.00 | | $275.00 | Rent / Rent |
| 25572 | 3/1/2020 | 3/1/2020 | 3/1/2020 | 3/31/2020 | B007 | $65.00 | | $340.00 | Rent / Rent |
| 25727 | 3/1/2020 | 3/1/2020 | 3/1/2020 | 3/31/2020 | G026 | $150.00 | | $490.00 | Rent / Rent |
| 25937 | 4/1/2020 | 4/1/2020 | 4/1/2020 | 4/1/2020 | | | $490.00 | | Master Card |
| 25938 | 4/1/2020 | 4/1/2020 | 4/1/2020 | 4/1/2020 | | | $10.00 | $(10.00) | Master Card |
| 25982 | 4/3/2020 | 4/1/2020 | 4/1/2020 | 4/30/2020 | 0037 | $35.00 | | $25.00 | Rent / Rent |
| 26008 | 4/3/2020 | 4/1/2020 | 4/1/2020 | 4/30/2020 | B007 | $65.00 | | $90.00 | Rent / Rent |
| 26162 | 4/3/2020 | 4/1/2020 | 4/1/2020 | 4/30/2020 | G026 | $150.00 | | $240.00 | Rent / Rent |
| 26413 | 5/6/2020 | 5/1/2020 | 5/1/2020 | 5/31/2020 | 0037 | $35.00 | | $275.00 | Rent / Rent |
| 26438 | 5/6/2020 | 5/1/2020 | 5/1/2020 | 5/31/2020 | B007 | $65.00 | | $340.00 | Rent / Rent |
| 26588 | 5/6/2020 | 5/1/2020 | 5/1/2020 | 5/31/2020 | G026 | $150.00 | | $490.00 | Rent / Rent |
| 26774 | 5/27/2020 | 5/27/2020 | 5/27/2020 | 5/27/2020 | | | $490.00 | | Visa |
| 26857 | 6/5/2020 | 6/1/2020 | 6/1/2020 | 6/30/2020 | 0037 | $35.00 | | $35.00 | Rent / Rent |
| 26882 | 6/5/2020 | 6/1/2020 | 6/1/2020 | 6/30/2020 | B007 | $65.00 | | $100.00 | Rent / Rent |
| 27028 | 6/5/2020 | 6/1/2020 | 6/1/2020 | 6/30/2020 | G026 | $150.00 | | $250.00 | Rent / Rent |
| 27299 | 7/6/2020 | 7/1/2020 | 7/1/2020 | 7/31/2020 | 0037 | $35.00 | | $285.00 | Rent / Rent |
| 27323 | 7/6/2020 | 7/1/2020 | 7/1/2020 | 7/31/2020 | B007 | $65.00 | | $350.00 | Rent / Rent |
| 27473 | 7/6/2020 | 7/1/2020 | 7/1/2020 | 7/31/2020 | G026 | $150.00 | | $500.00 | Rent / Rent |
| 27746 | 8/5/2020 | 8/1/2020 | 8/1/2020 | 8/31/2020 | B007 | $65.00 | | $565.00 | Rent / Rent |

**Tenant History**

Toy Box Boat & RV Storage, Inc.,PO Box 648,,Joliet,MT,590·

**Adolfo Lebe**

PO Box
248,,Roberts,MT,5907

+1 (480) 749-3199,
+1 (406) 426-8936

| Trans. ID | Entry Date | Eff Date | From Date | To Date | Unit# | Charged | Paid | Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 27907 | 8/5/2020 | 8/1/2020 | 8/1/2020 | 8/31/2020 | G026 | $150.00 | | $715.00 | Rent / Rent |
| 28090 | 8/22/2020 | 8/22/2020 | 8/22/2020 | 8/22/2020 | | | $200.00 | $515.00 | Visa |
| 28103 | 8/27/2020 | 8/27/2020 | 8/27/2020 | 8/27/2020 | | | $415.00 | $100.00 | Visa |
| 28104 | 8/27/2020 | 8/27/2020 | 8/27/2020 | 8/27/2020 | | | $100.00 | | Master Card |
| 28205 | 9/2/2020 | 9/1/2020 | 9/1/2020 | 9/30/2020 | B007 | $65.00 | | $65.00 | Rent / Rent |
| 28363 | 9/2/2020 | 9/1/2020 | 9/1/2020 | 9/30/2020 | G026 | $150.00 | | $215.00 | Rent / Rent |
| 28615 | 10/1/2020 | 10/1/2020 | 10/1/2020 | 10/31/2020 | B007 | $65.00 | | $280.00 | Rent / Rent |
| 28777 | 10/1/2020 | 10/1/2020 | 10/1/2020 | 10/31/2020 | G026 | $150.00 | | $430.00 | Rent / Rent |
| 28935 | 10/8/2020 | 10/8/2020 | 10/8/2020 | 10/8/2020 | | | $300.00 | $130.00 | Visa |
| 29088 | 11/3/2020 | 11/1/2020 | 11/1/2020 | 11/30/2020 | B007 | $65.00 | | $195.00 | Rent / Rent |
| 29249 | 11/3/2020 | 11/1/2020 | 11/1/2020 | 11/30/2020 | G026 | $150.00 | | $345.00 | Rent / Rent |
| 29694 | 12/6/2020 | 12/1/2020 | 12/1/2020 | 12/31/2020 | G026 | $150.00 | | $495.00 | Rent / Rent |
| 29807 | 12/8/2020 | 12/8/2020 | 12/8/2020 | 12/8/2020 | | | $400.00 | $95.00 | Cash |
| 30105 | 1/5/2021 | 1/1/2021 | 1/1/2021 | 1/31/2021 | G026 | $150.00 | | $245.00 | Rent / Rent |
| 30501 | 2/3/2021 | 2/1/2021 | 2/1/2021 | 2/28/2021 | G026 | $150.00 | | $395.00 | Rent / Rent |
| 30679 | 3/2/2021 | 3/2/2021 | 3/2/2021 | 3/2/2021 | | | $395.00 | | Visa |
| 30913 | 3/4/2021 | 3/1/2021 | 3/1/2021 | 3/31/2021 | G026 | $150.00 | | $150.00 | Rent / Rent |
| 31352 | 4/5/2021 | 4/1/2021 | 4/1/2021 | 4/30/2021 | G026 | $150.00 | | $300.00 | Rent / Rent |
| 31776 | 5/3/2021 | 5/1/2021 | 5/1/2021 | 5/31/2021 | G026 | $150.00 | | $450.00 | Rent / Rent |
| 31950 | 5/19/2021 | 5/19/2021 | 5/19/2021 | 5/19/2021 | | | $300.00 | $150.00 | Master Card |
| 32234 | 6/4/2021 | 6/1/2021 | 6/1/2021 | 6/30/2021 | G026 | $150.00 | | $300.00 | Rent / Rent |
| 32692 | 7/7/2021 | 7/1/2021 | 7/1/2021 | 7/31/2021 | G026 | $150.00 | | $450.00 | Rent / Rent |
| 33145 | 8/2/2021 | 8/1/2021 | 8/1/2021 | 8/31/2021 | G026 | $150.00 | | $600.00 | Rent / Rent |
| 33303 | 8/16/2021 | 8/16/2021 | 8/16/2021 | 8/16/2021 | | | $300.00 | $300.00 | Master Card |
| 33555 | 9/7/2021 | 9/1/2021 | 9/1/2021 | 9/30/2021 | G026 | $150.00 | | $450.00 | Rent / Rent |
| 33670 | 9/7/2021 | 9/7/2021 | 9/7/2021 | 7/5/2021 | G026 | $10.00 | | $460.00 | Late_Charge / ID# 1 5 Days Late |
| 34095 | 10/1/2021 | 10/1/2021 | 10/1/2021 | 10/31/2021 | G026 | $150.00 | | $610.00 | Rent / Rent |
| 34292 | 10/20/2021 | 10/20/2021 | 10/20/2021 | 10/11/2021 | G026 | $25.00 | | $635.00 | Late_Charge / ID# 2 10 Days Overlock |

**Tenant History**

Toy Box Boat & RV Storage, Inc.,PO Box 648,,Joliet,MT,590

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
**Adolfo Lebe** | | | | | | +1 (480) 749-3199, | | | |
| | | | | | | +1 (406) 426-8936 | | | |

PO Box
248,,Roberts,MT,5907

| Trans. ID | Entry Date | Eff Date | From Date | To Date | Unit# | Charged | Paid | Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 34293 | 10/20/2021 | 10/20/2021 | 10/20/2021 | 8/5/2021 | G026 | $10.00 | | $645.00 | Late_Charge / ID# 1 5 Days Late |
| 34316 | 10/24/2021 | 10/24/2021 | 10/24/2021 | 10/24/2021 | G026 | $(25.00) | | $620.00 | Late_Charge / Deletion of 34292. |
| 34317 | 10/24/2021 | 10/24/2021 | 10/24/2021 | 10/24/2021 | G026 | $(10.00) | | $610.00 | Late_Charge / Deletion of 34293. |
| 34318 | 10/24/2021 | 10/24/2021 | 10/24/2021 | 10/24/2021 | G026 | $(10.00) | | $600.00 | Late_Charge / Deletion of 33670. |
| 34319 | 10/24/2021 | 10/24/2021 | 10/24/2021 | 10/24/2021 | | | $600.00 | | Cash |
| 34591 | 11/1/2021 | 11/1/2021 | 11/1/2021 | 11/30/2021 | G026 | $150.00 | | $150.00 | Rent / Rent |
| 34954 | 12/2/2021 | 12/1/2021 | 12/1/2021 | 12/31/2021 | G026 | $150.00 | | $300.00 | Rent / Rent |
| 35364 | 1/2/2022 | 1/1/2022 | 1/1/2022 | 1/31/2022 | G026 | $150.00 | | $450.00 | Rent / Rent |
| 35519 | 1/12/2022 | 1/12/2022 | 1/12/2022 | 1/12/2022 | | | $520.00 | $(70.00) | Visa |
| 35523 | 1/12/2022 | 1/12/2022 | 1/12/2022 | 1/31/2022 | 0022 | $23.00 | | $(47.00) | Rent / Prorated Rent |
| 35524 | 1/12/2022 | 1/12/2022 | 1/12/2022 | 1/31/2022 | 0023 | $23.00 | | $(24.00) | Rent / Prorated Rent |
| 35579 | 2/1/2022 | 2/1/2022 | 2/1/2022 | 2/28/2022 | 0022 | $35.00 | | $11.00 | Rent / Rent |
| 35580 | 2/1/2022 | 2/1/2022 | 2/1/2022 | 2/28/2022 | 0023 | $35.00 | | $46.00 | Rent / Rent |
| 35784 | 2/1/2022 | 2/1/2022 | 2/1/2022 | 2/28/2022 | G026 | $150.00 | | $196.00 | Rent / Rent |
| 36026 | 2/7/2022 | 2/7/2022 | 2/7/2022 | 2/5/2022 | 0022 | $20.00 | | $216.00 | Late_Charge / ID# 1 5 Days Late |
| 36027 | 2/7/2022 | 2/7/2022 | 2/7/2022 | 2/5/2022 | 0023 | $20.00 | | $236.00 | Late_Charge / ID# 1 5 Days Late |
| 36051 | 2/7/2022 | 2/7/2022 | 2/7/2022 | 2/5/2022 | G026 | $20.00 | | $256.00 | Late_Charge / ID# 1 5 Days Late |
| 36110 | 3/1/2022 | 3/1/2022 | 3/1/2022 | 3/31/2022 | 0022 | $35.00 | | $291.00 | Rent / Rent |
| 36111 | 3/1/2022 | 3/1/2022 | 3/1/2022 | 3/31/2022 | 0023 | $35.00 | | $326.00 | Rent / Rent |
| 36318 | 3/1/2022 | 3/1/2022 | 3/1/2022 | 3/31/2022 | G026 | $150.00 | | $476.00 | Rent / Rent |
| 36565 | 3/7/2022 | 3/7/2022 | 3/7/2022 | 3/7/2022 | 0023 | $(35.00) | | $441.00 | Rent / Deletion of 36111. |
| 36566 | 3/7/2022 | 3/7/2022 | 3/7/2022 | 3/7/2022 | 0022 | $(35.00) | | $406.00 | Rent / Deletion of 36110. |
| 36567 | 3/7/2022 | 3/7/2022 | 3/7/2022 | 3/7/2022 | G026 | $(20.00) | | $386.00 | Late_Charge / Deletion of 36051. |
| 36568 | 3/7/2022 | 3/7/2022 | 3/7/2022 | 3/7/2022 | 0023 | $(20.00) | | $366.00 | Late_Charge / Deletion of 36027. |
| 36574 | 3/7/2022 | 3/7/2022 | 3/7/2022 | 3/7/2022 | System | $14.64 | | $380.64 | Admin_Charges |
| 36575 | 3/7/2022 | 3/7/2022 | 3/7/2022 | 3/7/2022 | System | $(14.64) | | $366.00 | Admin_Charges / Waive Unknown 5 |
| 36576 | 3/7/2022 | 3/7/2022 | 3/7/2022 | 3/7/2022 | | | $366.00 | | Visa |

## Tenant History

Toy Box Boat & RV Storage, Inc.,PO Box 648,,Joliet,MT,590

**Adolfo Lebe**

PO Box
248,,Roberts,MT,5907

+1 (480) 749-3199,
+1 (406) 426-8936

| Trans. ID | Entry Date | Eff Date | From Date | To Date | Unit# | Charged | Paid | Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 36872 | 4/1/2022 | 4/1/2022 | 4/1/2022 | 4/30/2022 | G026 | $190.00 | | $190.00 | Rent / Rent |
| 37165 | 4/24/2022 | 4/24/2022 | 4/24/2022 | 4/24/2022 | System | $7.60 | | $197.60 | Admin_Charges |
| 37166 | 4/24/2022 | 4/24/2022 | 4/24/2022 | 4/24/2022 | System | $(7.60) | | $190.00 | Admin_Charges / Waive Unknown 5 |
| 37167 | 4/24/2022 | 4/24/2022 | 4/24/2022 | 4/24/2022 | | | $190.00 | | Visa |
| 37402 | 5/1/2022 | 5/1/2022 | 5/1/2022 | 5/31/2022 | G026 | $190.00 | | $190.00 | Rent / Rent |
| 37730 | 5/10/2022 | 5/10/2022 | 5/10/2022 | 5/5/2022 | G026 | $20.00 | | $210.00 | Late_Charge / ID# 1 5 Days Late |
| 38017 | 6/1/2022 | 6/1/2022 | 6/1/2022 | 6/30/2022 | G026 | $190.00 | | $400.00 | Rent / Rent |
| 38248 | 6/4/2022 | 6/4/2022 | 6/4/2022 | 6/4/2022 | G026 | $(20.00) | | $380.00 | Late_Charge / Deletion of 37730. |
| 38289 | 6/15/2022 | 6/15/2022 | 6/15/2022 | 6/15/2022 | System | $15.20 | | $395.20 | Admin_Charges |
| 38290 | 6/15/2022 | 6/15/2022 | 6/15/2022 | 6/15/2022 | System | $(15.20) | | $380.00 | Admin_Charges / Waive Unknown 5 |
| 38291 | 6/15/2022 | 6/15/2022 | 6/15/2022 | 6/15/2022 | | | $380.00 | | Visa |
| 38563 | 7/1/2022 | 7/1/2022 | 7/1/2022 | 7/31/2022 | G026 | $190.00 | | $190.00 | Rent / Rent |
| 39107 | 8/1/2022 | 8/1/2022 | 8/1/2022 | 8/31/2022 | G026 | $190.00 | | $380.00 | Rent / Rent |
| 39677 | 9/1/2022 | 9/1/2022 | 9/1/2022 | 9/30/2022 | G026 | $190.00 | | $570.00 | Rent / Rent |
| 39950 | 9/22/2022 | 9/22/2022 | 9/22/2022 | 9/22/2022 | System | $12.00 | | $582.00 | Admin_Charges |
| 39951 | 9/22/2022 | 9/22/2022 | 9/22/2022 | 9/22/2022 | System | $(12.00) | | $570.00 | Admin_Charges / Waive Unknown 5 |
| 39952 | 9/22/2022 | 9/22/2022 | 9/22/2022 | 9/22/2022 | | | $300.00 | $270.00 | Visa |
| 40221 | 10/1/2022 | 10/1/2022 | 10/1/2022 | 10/31/2022 | G026 | $190.00 | | $460.00 | Rent / Rent |
| 40813 | 11/1/2022 | 11/1/2022 | 11/1/2022 | 11/30/2022 | G026 | $190.00 | | $650.00 | Rent / Rent |
| 41121 | 11/17/2022 | 11/17/2022 | 11/17/2022 | 11/17/2022 | System | $11.53 | | $661.53 | Admin_Charges / Unknown 3 |
| 41122 | 11/17/2022 | 11/17/2022 | 11/17/2022 | 11/17/2022 | System | $(11.53) | | $650.00 | Admin_Charges / Waive Unknown 3 |
| 41123 | 11/17/2022 | 11/17/2022 | 11/17/2022 | 11/17/2022 | | | $300.00 | $350.00 | Master Card |
| 41124 | 11/18/2022 | 11/17/2022 | 11/17/2022 | 11/17/2022 | System | $7.69 | | $357.69 | Admin_Charges / Unknown 5 |
| 41125 | 11/18/2022 | 11/17/2022 | 11/17/2022 | 11/17/2022 | System | $(7.69) | | $350.00 | Admin_Charges / Waive Unknown 5 |
| 41126 | 11/18/2022 | 11/17/2022 | 11/17/2022 | 11/17/2022 | | | $200.00 | $150.00 | Visa |
| 41240 | 12/1/2022 | 12/1/2022 | 12/1/2022 | 12/31/2022 | G026 | $190.00 | | $340.00 | Rent / Rent |
| 41585 | 12/2/2022 | 12/2/2022 | 12/2/2022 | 11/5/2022 | G026 | $20.00 | | $360.00 | Late_Charge / ID#1 5 Days Late |

**· Tenant History**

Toy Box Boat & RV Storage, Inc.,PO Box 648,,Joliet,MT,590·

**Adolfo Lebe**

+1 (480) 749-3199,
+1 (406) 426-8936

PO Box
248,,Roberts,MT,5907

| Trans. ID | Entry Date | Eff Date | From Date | To Date | Unit# | Charged | Paid | Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 41651 | 12/7/2022 | 12/7/2022 | 12/7/2022 | 12/5/2022 | G026 | $20.00 | | $380.00 | Late_Charge / ID#1 5 Days Late |
| 41804 | 1/1/2023 | 1/1/2023 | 1/1/2023 | 1/31/2023 | G026 | $190.00 | | $570.00 | Rent / Rent |
| 42218 | 1/12/2023 | 1/12/2023 | 1/12/2023 | 1/5/2023 | G026 | $20.00 | | $590.00 | Late_Charge / ID#1 5 Days Late |
| 42279 | 1/20/2023 | 1/20/2023 | 1/20/2023 | 1/20/2023 | System | $22.69 | | $612.69 | Admin_Charges / Unknown 3 |
| 42280 | 1/20/2023 | 1/20/2023 | 1/20/2023 | 1/20/2023 | System | $(22.69) | | $590.00 | Admin_Charges / Waive Unknown 3 |
| 42281 | 1/20/2023 | 1/20/2023 | 1/20/2023 | 1/20/2023 | | | $590.00 | | Master Card |
| 42383 | 2/1/2023 | 2/1/2023 | 2/1/2023 | 2/28/2023 | G026 | $190.00 | | $190.00 | Rent / Rent |
| 42905 | 3/1/2023 | 3/1/2023 | 3/1/2023 | 3/31/2023 | G026 | $190.00 | | $380.00 | Rent / Rent |
| 43465 | 4/1/2023 | 4/1/2023 | 4/1/2023 | 4/30/2023 | G026 | $190.00 | | $570.00 | Rent / Rent |
| 43921 | 4/21/2023 | 4/21/2023 | 4/21/2023 | 4/21/2023 | System | $22.80 | | $592.80 | Admin_Charges / Unknown 5 |
| 43922 | 4/21/2023 | 4/21/2023 | 4/21/2023 | 4/21/2023 | | | $592.80 | | Visa |
| 44020 | 5/1/2023 | 5/1/2023 | 5/1/2023 | 5/31/2023 | G026 | $190.00 | | $190.00 | Rent / Rent |
| 44419 | 5/12/2023 | 5/7/2023 | 5/7/2023 | 5/7/2023 | | | $190.00 | | Cash |
| 44420 | 5/12/2023 | 5/12/2023 | 5/12/2023 | 5/6/2023 | | | $(190.00) | $190.00 | Cash / Deletion of 44419 |
| 44421 | 5/12/2023 | 5/2/2023 | 5/2/2023 | 5/2/2023 | System | $7.60 | | $197.60 | Admin_Charges / Unknown 5 |
| 44422 | 5/12/2023 | 5/2/2023 | 5/2/2023 | 5/2/2023 | | | $197.60 | | Visa |
| 1106094 | 6/1/2023 | 6/1/2023 | 6/1/2023 | 6/30/2023 | G026 | $190.00 | | $190.00 | Rent / Rent |
| 1114667 | 6/9/2023 | 6/9/2023 | 6/9/2023 | | G026 | $30.00 | | $220.00 | Late_Charge / Late Charges |
| 1204298 | 7/1/2023 | 7/1/2023 | 7/1/2023 | 7/31/2023 | G026 | $190.00 | | $410.00 | Rent / Rent |
| 1244682 | 8/1/2023 | 8/1/2023 | 8/1/2023 | 8/31/2023 | G026 | $190.00 | | $600.00 | Rent / Rent |
| 1329831 | 8/8/2023 | 8/8/2023 | 8/8/2023 | | | | $410.00 | $190.00 | Visa - Toy Box / Visa - Toy Box |
| 1474544 | 9/1/2023 | 9/1/2023 | 9/1/2023 | 9/30/2023 | G026 | $190.00 | | $380.00 | Rent / Rent |
| | | | | | | $10,056.40 | $9,676.40 | $380.00 | |
| | | | | | | *Total Billed* | *Total Paid* | *Final Balance* | |

© Syrasoft, LLC.