**ZENO B. BAUCUS**
**RYAN G. WELDON**
**Assistant U.S. Attorneys**
**U.S. Attorney's Office**
**James F. Battin U.S. Courthouse**
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
Email: zeno.baucus@usdoj.gov
         ryan.weldon@usdoj.gov

**ATTORNEYS FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 23-79-BLG-SPW** |
| Plaintiff, | **UNITED STATES' NOTICE OF EXPERT WITNESS UNDER FEDERAL RULES OF CRIMINAL PROCEDURE 16(a)(1)(G)** |
| vs. | |
| **ADOLFO VARGAS LEPE,** | |
| Defendant. | |

The United States of America, by and through Assistant United States

Attorneys Zeno B. Baucus and Ryan G. Weldon, pursuant to Rule 16(a)(1)(G) of

the Federal Rules of Criminal Procedure, hereby provides notice of the anticipated testimony of the following expert witness:[1]

> Jim Woog, Detective, Digital Forensic Examiner
> Billings Police Department
> Intermountain West Regional Computer Forensics Laboratory

The procedures Detective Woog used are reflected in his Report of Examination provided in discovery, which is signed by Detective Woog. Detective Woog is expected to testify that he examined and extracted the phone recovered from the defendant, Adolfo Lepe. The phone was a Motorola Moto G, with a serial number of 352862241090825, and a lab number of IWR124103. Detective Woog physically examined and photographed the phone. Detective Woog obtained the cell phone PIN (5264) by using forensic tools to unlock the phone, and Detective Woog will explain and describe those tools to the jury. Detective Woog then performed file system and "User Data" extractions of the cell phone. After Detective Woog completed the above steps, he turned the extraction over to Special Agent Rahlf, which the United States will address during Agent

---

[1] The United States does not believe Detective Woog's testimony is expert opinion testimony, but out of an abundance of caution, this expert notice disclosure is provided to the Court and defense. *See, e.g., United States v. Colon Osorio*, 360 F.3d 48, 53 (1st Cir. 2004) ("The line between expert testimony under Fed. R. Evid. 702 (which is subject to disclosure requirements of Rule 16(a)(1)(G)) and lay opinion testimony under Fed. R. Evid. 702 (which is not subject to Rule 16(a)(1)(G)) is not easy to draw . . . .").

Rahlf's testimony.  The cracking and viewing of material in Adolfo Lepe's phone matters because Agent Rahlf recovered a photograph of Jane Doe 3 in a cage during the timeframe of the kidnapping charged in count 3 of the Second Superseding Indictment.

Detective Woog will further testify as to the basis of his opinions, including the standard operating procedures of the Intermountain West Regional Computer Forensics Laboratory in receiving, storing, and extracting submitted items, and the means, methods, and instruments used in his analysis of the items.  The Report of Examination regarding Detective Woog's analysis of the submitted items has been provided in discovery.

Pursuant to Fed. R. Crim. P. 16(a)(1)(G)(v), an executed summary of his anticipated testimony has been provided in discovery, as has a copy of his curriculum vitae.  Detective Woog has no publications, and he has previously testified in the below-identified cases:

///

///

///

///

///

| Date | Case Name | Court |
|---|---|---|
| 7/31/2018 | *State v. Brent* | Yellowstone County |
| 4/29/2019 | *State v. Tipton* | Meagher County |
| 12/7/2022 | *State v. Proctor* | Lewis and Clark County |
| 4/22/2023 | *State v. Proctor* | Lewis and Clark County |
| 3/4/2024 | *State v. Zitnik* | Missoula County |

It is not anticipated that Detective Woog will testify as a lay witness beyond the statements identified above.

DATED this 25th day of October, 2024.

                                                JESSE A. LASLOVICH
                                                United States Attorney

                                                */s/ Zeno B. Baucus*
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

                                                */s/ Ryan G. Weldon*
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2024, a copy of the foregoing document was served on the following persons by the following means:

(1,2)   CM/ECF
( )     Hand Delivery
( )     U.S. Mail
( )     Overnight Delivery Service
( )     Fax
( )     E-Mail

1.     Clerk, U.S. District Court

2.     Edward Werner
        Counsel for Defendant

JESSE A. LASLOVICH
United States Attorney

*/s/ Zeno B. Baucus*
Assistant U.S. Attorney
Attorney for Plaintiff

*/s/ Ryan G. Weldon*
Assistant U.S. Attorney
Attorney for Plaintiff