# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**ADOLFO VARGAS LEPE,**<br><br>Defendant. | CR 23-79-BLG-SPW<br><br><br><br>**VERDICT** |

1.   We, the Jury, in the above-entitled matter, unanimously find the defendant, ADOLFO VARGAS LEPE:

\_\_\_\_\_     Not Guilty

\_\_\_\_\_     Guilty

of kidnapping, as charged in Count 1 of the Second Superseding Indictment.

2A.   We, the Jury, in the above-entitled matter, unanimously find the defendant, ADOLFO VARGAS LEPE,

\_\_\_\_\_     Not Guilty

\_\_\_\_\_     Guilty

of kidnapping, as charged in Count 2 of the Second Superseding Indictment.

If you answered "Guilty" to Question 2A, answer the following question in

1

2B. If not, proceed to Question 3.

 2B. In finding the defendant Guilty of the offense charged in Count 2 of the Second Superseding Indictment, we, the Jury, find the following facts proven beyond a reasonable doubt:

- Jane Doe 2 had not attained the age of 18 years at the time of the offense;
- The defendant, ADOLFO VARGAS LEPE, was not a parent, grandparent, brother, sister, aunt, uncle, or individual having legal custody of Jane Doe 2; and,
- The defendant, ADOLFO VARGAS LEPE, had attained the age of 18 years at the time of the offense:

 ____No ____Yes

 3. We, the Jury, in the above-entitled matter, unanimously find the defendant, ADOLFO VARGAS LEPE,

 _____ Not Guilty

 _____ Guilty

of kidnapping, as charged in Count 3 of the Second Superseding Indictment.

 4A. We, the Jury, in the above-entitled matter, unanimously find the defendant, ADOLFO VARGAS LEPE,

 _____ Not Guilty

 _____ Guilty

of possession with intent to distribute controlled substances, as charged in Count 4 of the Second Superseding Indictment.

If you find the defendant guilty of Count 4 of the Second Superseding Indictment proceed to the questions in 4B, 4C, and 4D. If not, proceed to Question 5.

4B.   Having found the defendant guilty of the offense charged in Count 4 of the Second Superseding Indictment, we, the Jury, further find that he possessed with the intent to distribute the following amount of actual methamphetamine:

| | |
|---|---|
| More than zero grams | _____ |
| More than five grams | _____ |
| More than 50 grams | _____ |

4C.   Having found the defendant guilty of the offense charged in Count 4 of the Second Superseding Indictment, we, the Jury, further find that he possessed with the intent to distribute a substance containing the following amount of amount of fentanyl:

| | |
|---|---|
| More than zero grams | _____ |
| More than 40 grams | _____ |
| More than 400 grams | _____ |

4D.   Having found the defendant guilty of the offense charged in Count 4 of the Second Superseding Indictment, the jury further finds that he possessed with the intent to distribute a substance containing a detectible amount of cocaine:

| | |
|---|---|
| Yes | _____ |

No                                                                                              _____

If you find the defendant guilty of Count 4 of the Second Superseding Indictment, proceed to Question 5.  If you found the defendant not guilty on Count 4, proceed to the end.

5. We, the Jury, in the above-entitled matter, unanimously find the defendant, ADOLFO VARGAS LEPE,

_____Not Guilty

_____Guilty

of the offense of Possession of a Firearm in Furtherance of a Drug Trafficking Offense as charged in Count 5 of the Second Superseding Indictment.

DATED this _____ day of December, 2024.

_____
FOREPERSON