EDWARD M. WERNER
Assistant Federal Defenders
Federal Defenders of Montana
Billings Branch Office
175 N. 27th Street, Suite 401
Billings, Montana 59101
Phone: (406) 259-2459
Fax: (406) 259-2569
edward_werner@fd.org
  Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADOLFO VARGAS LEPE,<br><br>Defendant. | Case No. CR-23-79-BLG-SPW<br><br>**DEFENDANT'S SUPPLEMENTAL PROPOSED JURY INSTURCTIONS**<br>[CLEAN COPY] |

  COMES NOW Defendant Adolfo Vargas Lepe, by and through his counsel of record, the Federal Defenders of Montana and Edward M. Werner, Assistant Federal Defender, hereby offers the attached Defendant's Supplemental Proposed Instruction number 1.

  RESPECTFULLY SUBMITTED this 25th day of November, 2024.

1

/s/ Edward M. Werner
EDWARD M. WERNER
Federal Defenders of Montana
   Counsel for Defendant

SUPPLEMENTAL INSTRUCTION NO. __

Kidnapping requires more than a transitory holding, and more than a simple mugging or assault because the facts must reflect the essence of the crime of kidnapping.

Four factors should be evaluated when determining whether charged conduct constitutes kidnapping:

(1) the duration of the detention or asportation;

(2) whether the detention or asportation occurred during the commission of a separate offense;

(3) whether the detention or asportation which occurred is inherent in the separate offense; and

(4) whether the asportation or detention created a significant danger to the victim independent of that posed by the separate offense.

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on November 25, 2024, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| __1, 2__ | CM-ECF |
| _____ | Hand Delivery |
| __3__ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. ZENO B. BAUCUS
   RYAN G. WELDON
   Assistant United States Attorneys
   United States Attorney's Office
   2601 Second Avenue North, Suite 3200
       Counsel for the United States

3. ADOLFO VARGAS LEPE
       Defendant

    /s/ Edward M. Werner
    EDWARD M. WERNER
    Federal Defenders of Montana
        Counsel for Defendant