EDWARD M. WERNER
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
175 North 27th Street, Suite 401
Billings, MT 59101
Phone: (406) 259-2459
Fax: (406) 259-2569
edward_werner@fd.org
        Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. CR-23-79-BLG-SPW |
| Plaintiff, | |
| vs. | **DEFENDANT'S FOURTH MOTION IN LIMINE FILED IN RESPONSE TO THE GOVERNMENT'S NOTICE TO INTRODUCE EVIDENCE PURSUANT TO FRE 413 AND 414 (Doc. 89)** |
| ADOLFO VARGAS LEPE, | |
| Defendant. | |

COMES NOW Defendant, Adolfo Vargas Lepe, by and through his attorney of record, Edward M. Werner, and the Federal Defenders of Montana, and hereby files his fourth motion in limine. Through this motion Adolfo objects to the government's notice to introduce evidence under FRE 413 and 414. *See* Doc. 89. Adolfo asks the Court to issue an order prohibiting the contested testimony that the government seeks to elicit from Jane Does 7 and 8.

1

The basis for the motion is provided in the accompanying brief.

RESPECTFULLY SUBMITTED this 25th day of November, 2024.

/s/ Edward M. Werner
EDWARD M. WERNER
Federal Defenders of Montana
        Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R.5.2(b)

I hereby certify that on November 25, 2024, a copy of the foregoing document was served on the following persons by the following means:

1, 2   CM-EDF
_____   Hand Delivery
 3   Mail
_____   Overnight Delivery Service
_____   Fax
_____   E-Mail

1.    CLERK, UNITED STATES DISTRICT COURT

2.    ZENO B. BAUCUS
     RYAN G. WELDON
     Assistant United States Attorneys
     U.S. Attorney's Office
     2601 Second Avenue North, Suite 3200
     Billings, MT 59101
        Counsel for the United States of America

3.    ADOLFO VARGAS LEPE
       Defendant

                /s/ Edward M. Werner
                EDWARD M. WERNER
                Federal Defenders of Montana
                    Counsel for Defendant