JANUARY-22-2025

The Honorable Susan P. Watters

I would like to request for me copies of both of my Indictment and charges documents for case number # CR-23-79-BLG-SPW, and also the latest plea agreement offer in this matter, I need these for myself and my new attourney, and I'm having difficulty gathering these through the Defenders office, so your help in this matter is Greatly appriciater.

You can mail the documents to me directly of I can receive them when we meet next at my next court appearing
thank you again. for your Time.

Adolfo Vargas Lepe

Adolfo Vargas-Lepe
3165 King Ave, East.
Billings MT, 59101



23 JAN 2025

Yellowstone County Detention
Mailed From
JAN 27 2025
Clerk, U.S. Courts
District of Montana
Billings Division

James F. Battin
Federal Courthouse
2601 2nd Ave. North.
Billings MT 59101

59101-223099